UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ANNE B. RACICOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | 1:04-cv-2036-JDT-TAB |
| WAL-MART, INC., | ) | |
| | ) | Removed from Dubois County Circuit Court |
| Defendant. | ) | No. 19C01-0411-PL-0454 |

## NOTICE OF REMOVAL

Defendant Wal-Mart, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby serves notice of its removal of this action from the Dubois Circuit Court to this Court. For its Notice of Removal, Defendant states:

1. Plaintiff Anne B. Racicot ("Plaintiff") filed a Complaint against Defendant in the Dubois Circuit Court on November 19, 2004. The action was docketed and is pending as Cause No. 19C01-0411-PL-0454 ("the Lawsuit").

2. The Lawsuit is a civil action alleging tortious interference with a business relationship/contract of employment and violations of the Indiana statute prohibiting Blacklisting, I.C. 22-5-3-1 *et seq.*

3. Plaintiff is a citizen of the State of Indiana.

4. Defendant is incorporated in Delaware and has its principal place of business in Bentonville, Arkansas.

5. Pursuant to 28 U.S.C. § 1332, diversity of citizenship exists between Plaintiff and Defendant.

6.  Plaintiff's Complaint does not set forth specific monetary damages. However, Plaintiff's Complaint seeks recovery of special damages, general damages, punitive, penal or exemplary damages, costs, expenses, and for such other and further relief as this Court may deem just and proper. Thus, the amount in controversy in the Lawsuit exceeds the sum of $75,000.00, exclusive of interest and costs.

7.  The Lawsuit is within this Court's jurisdiction pursuant to 28 U.S.C. § 1332 by reason of the diversity of citizenship of the parties and the amount in controversy.

8.  The Lawsuit is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within 30 days of service upon Defendant of Plaintiff's Complaint.

9.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and process served upon Defendant are attached to this notice as Exhibit A.

WHEREFORE, Defendant respectfully notifies the Court, the state court, and the Plaintiff of the removal of this action to this federal district court.

Respectfully submitted,

*[signature]*

Susan M. Zoeller (Atty. # 19959-49)
Stephanie A.H. Blackman (Atty. # 22897-49)
**BARNES & THORNBURG**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
E-mail: susan.zoeller@btlaw.com
E-mail: stephanie.blackman@btlaw.com

Attorneys for Defendant Wal-Mart, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 15th day of December, 2004, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

> Michael C. Kendall
> Kendall & Hahn
> 220 North Range Line Road
> Carmel, Indiana 46032

*[signature]*
Stephanie A.H. Blackman